IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 1:05CV00017 SWW

MARY FERGUSON, WIDOW OF
ROY J. FERGUSON, DECEASED;
CINDY JEAN CARTWRIGHT, AND
FAY HOLMES, HEIRS OF
ROY J. FERGUSON, DECEASED
and THEIR SPOUSES, IF ANY                                   DEFENDANTS

## ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the report of sale of the United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on August 15, 2005.  It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Jackson County, Arkansas, for four consecutive weeks, the last publication being on October 12, 2005, and that the said sale was held at the Jackson County Courthouse, Newport, Arkansas, on October 26, 2005, at 10:00 a.m., in conformity with the judgment of this Court.  At such sale Dwight Davis, bid the sum of $23,000.00, and that being the highest and best bid offered, the property was then sold to Dwight Davis.

IT IS, THEREFORE, ORDERED that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price of $23,000.00, shall be paid to the United States of America, and the Department of Agriculture, Rural Development.  The expense items reported by the United States Marshal in the amount of $63.00 and hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto.  The Marshal is directed forthwith to deliver the deed to the purchaser named in his report of sale and that he be given possession of said property on demand.  The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchaser Dwight Davis in possession of the property.

DATED: DECEMBER 15, 2005

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE